IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SILKEY D. HARRIS, | |
| Petitioner | No. 3:11-CV-1332 |
| v. | (JUDGE CAPUTO) |
| UNITED STATES OF AMERICA, BUREAU OF PRISONS, and RICARDO MARTINEZ, | (MAGISTRATE JUDGE MANNION) |
| Respondents | |

## ORDER

**NOW** this 6th day of December, 2011, upon review of the Report and Recommendation of Magistrate Judge Malachy E. Mannion (Doc. 13) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 13) is **ADOPTED.**

(2) Harris's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED AS MOOT.**

(3) The Clerk of Court is directed to mark this case as **CLOSED.**

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge