IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SILKEY D. HARRIS,<br><br>    Petitioner<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br>BUREAU OF PRISONS, and RICARDO<br>MARTINEZ,<br><br>    Respondents | No. 3:11-CV-1332<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE MANNION) |

## ORDER

**NOW** this ___6th___ day of December, 2011, upon review of the Report and Recommendation of Magistrate Judge Malachy E. Mannion (Doc. 13) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)   The Report and Recommendation (Doc. 13) is **ADOPTED.**

(2)   Harris's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED AS MOOT.**

(3)   The Clerk of Court is directed to mark this case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge